IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
**Albany Division**

| | |
|---|---|
| Kimberly Childs, on behalf of herself and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) ) | Case No. 1:23-cv-00197-LAG |
| vs. ) ) | |
| Hyphen, LLC d/b/a/ Helix Financial, and Lead Bank, ) ) ) ) | |
| Defendants. ) | |

### DEFENDANTS HYPHEN, LLC AND LEAD BANK'S
### MOTION TO DISMISS FOR FAILURE TO STATE CLAIM

Defendants Hyphen, LLC and Lead Bank, by and through their counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move the Court to dismiss the Complaint (Doc. 1) filed by Plaintiff Kimberly Childs, for failure to state a claim upon which relief can be granted. As further set forth in the attached Brief in Support of Defendants' Motion to Dismiss, the Complaint, which centers on RICO causes of action, contains claims that are simply not plausible on their face. Plaintiff failed to allege Lead Bank violated any applicable law, and without such allegation, Plaintiff cannot make a claim that Lead Bank and Hyphen, LLC were in an enterprise to violate the law.

WHEREFORE, Defendants Hyphen, LLC and Lead Bank prays that the Court dismiss Plaintiff's claim against them and provide any further relief as the Court deems just and appropriate.

DATED this 29th day of January, 2024.

        By: /s/ Kurt M. Rozelsky
        Kurt M. Rozelsky (Georgia State Bar #617932)
        SPENCER FANE LLP
        27 Cleveland Street, Suite 201,
        Greenville, South Carolina 29601
        P: 864.695.5200, F: 864.695.5201
        krozelsky@spencerfane.com

        Patrick J. McAndrews *(Pro hac forthcoming)*
        1000 Walnut Street, Suite 1400
        Kansas City, Missouri 64106-2140
        (816) 474-8100
        (816) 474-3216 (facsimile)
        pmcandrews@spencerfane.com
        *Attorneys for Hyphen, LLC*

and

        /s/Corrie Hall
        Corrie Hall (Georgia State Bar # 287199)
        S. Elizabeth Hall (Georgia State Bar #141718)
        James Bates Brannan Groover LLP
        231 Riverside Drive, Suite 100
        Macon, GA 31201
        (478) 742-4280
        (478) 749-9949
        chall@jamesbatesllp.com
        ehall@jamesbatesllp.com
        *Attorneys for Lead Bank*

2

## CERTIFICATE OF SERVICE

I certify that on January 29, 2024, I electronically filed this **DEFENDANT HYPHEN BANK, LLC AND LEAD BANK'S MOTION TO DISMISS FOR FAILURE TO STATE CLAIM** using the CM/ECF system which automatically will send email notification of such filing to all attorneys of record.

This 29th day of January, 2024.

By: /s/ Kurt M. Rozelsky<br>
Kurt M. Rozelsky (Georgia State Bar #617932)<br>
SPENCER FANE LLP<br>
27 Cleveland Street, Suite 201,<br>
Greenville, South Carolina 29601<br>
P: 864.695.5200, F: 864.695.5201