# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| Kimberly Childs, on behalf of herself and all other similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>Hyphen, LLC d/b/a/ Helix Financial, and Lead Bank,<br><br>     Defendants. | Case No. 1:23-cv-00197-LAG<br><br>**NOTICE OF SETTLEMENT** |

  Plaintiff Kimberly Childs ("Plaintiff"), with the consent of Defendants Hyphen, LLC d/b/a Helix Financial and Lead Bank ("Defendants"), hereby notifies the Court that the parties have reached a settlement of the above-captioned matter. The parties anticipate filing a stipulation of dismissal of the matter in full within thirty (30) days.

Dated: March 22, 2024          Respectfully submitted,

                   /s/John G. Albanese
                   Charles E. Cox, Jr., LLC
                   Ga. Bar No. 192305
                   Post Office Box 67
                   Macon, Georgia 31202-0067
                   Telephone:  (478) 757-2990
                   Facsimile:   (478) 757-2991
                   Charles@cecoxjr.com

2

        E. Michelle Drake, SBN 229202
        John G. Albanese*
        Ariana B. Kiener*
        BERGER MONTAGUE PC
        1229 Tyler Street NE, Suite 205
        Minneapolis, MN 55413
        T. 612.594.5999
        F. 612.584.4470
        emdrake@bm.net
        jalbanese@bm.net
        akiener@bm.net
        **pro hac vice*

        Kristi C. Kelly
        Andrew J. Guzzo
        KELLY GUZZO, PLC
        3925 Chain Bridge, Suite 202
        Fairfax, VA  22030
        Telephone: (703) 424-7572
        Facsimile: (703) 591-0167
        Email: kkelly@kellyguzzo.com
        Email: aguzzo@kellyguzzo.com

        *Attorneys for Plaintiff*