IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KIMBERLY CHILDS, on behalf of herself and all others similarly situated, : <br><br>  Plaintiff, : <br><br> v. : <br><br> HYPHEN, LLC and LEAD BANK, : <br><br>  Defendants. : | CASE NO.: 1:23-CV-197 (LAG) |

### ORDER

The Court has been advised that the Parties have agreed to a settlement of this case. (Doc. 22). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the parties to finalize the settlement agreement. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 29th day of March, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**